THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE TROMBINO, Appellant.

(Argued October 10, 1933; decided October 24, 1933.)

*Peter L. F. Sabbatino* for appellant.

*Samuel J. Foley, District Attorney (Sol. Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

▮ no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.